**Debtor's attorney's name is changed from Walter F. Johnson, Jr. to Fife M. Whiteside.**

**SO ORDERED.**

**SIGNED this 18 day of June, 2013.**

_____
John T. Laney, III
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 10-41626 |
| JAMES DAVID LOWERY<br>JENNIFER LYNN LOWERY,<br>    DEBTOR(S) | CHAPTER 13 |
| ECAST SETTLEMENT CORPORATION<br>    MOVANT, | |
| V.<br>JAMES DAVID LOWERY<br>JENNIFER LYNN LOWERY,<br>DEBTOR(S)<br>WALTER W. KELLEY, TRUSTEE<br>    RESPONDENTS, | CONTESTED MATTER |

**ORDER MODIFYING THE AUTOMATIC STAY**

eCAST Settlement Corporation, for itself, its successor and assigns (the "Movant"), filed a Motion for Relief from Automatic Stay (the "Motion") on June 18, 2013 which was set for hearing

on June 12, 2013 (the "Hearing"). Movants seeks relief as to Debtors' personal property 2008 Polaris Ranger 4X4, VIN: 4XARH68A884401887 (the "Vehicle"). A hearing was noticed for June 18, 2013 and Movant contends service of the notice was properly served and hearing properly noticed. No opposition by Debtors' Attorney, Walter F. Johnson, Jr. and Chapter 13 Trustee, Kristin Hurst.

**ORDERED** that the Motion is *granted*; the automatic stay of 11 U.S.C. § 362 is modified to allow Movant to exercise its state law and contractual rights as set forth in the promissory note and security instrument and foreclose its interest in the property. The fourteen-day stay provided for in Fed.R.Bankr.P.4001(a)(3) is waived.

**[END OF DOCUMENT]**

Prepared and Submitted by:

/s/*Sean Corcoran*
Sean M. Corcoran
GA Bar No. 878912
Brock & Scott, PLLC
Attorney for Movant
5121 Parkway Plaza Blvd, Ste 300
Charlotte, NC  28217
(704) 369-0676
bankruptcy@brockandscott.com

## DISTRIBUTION LIST

James David Lowery
Jennifer Lynn Lowery
721 Mount Airy Drive
Waverly Hall, GA 31831

Fife M. Whiteside
PO Box 5383
Columbus, GA 31906

Kristin Hurst
PO Box 1907
Columbus, GA 31902

U.S. Trustee – MAC
440 Martin Luther King Jr. Blvd
Suite 302
Macon, GA  31201

Sean M. Corcoran
Brock & Scott, PLLC
5121 Parkway Plaza Blvd, Ste 300
Charlotte, NC  28217